

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00663-CV

**MEDFINMANAGER, LLC**,
Appellant

v.

Hugo Xavier De los **SANTOS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI18512
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the appellant.

SIGNED October 14, 2020.

_____
Liza A. Rodriguez, Justice